IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEROME TODD,
    Plaintiff,

vs.                                            Case No.: 5:17cv127/MCR/EMT

COUNTY OF JACKSON, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated May 2, 2017, Plaintiff was given thirty (30) days in which to file an amended complaint and either pay the filing fee or file a motion to proceed in forma pauperis ("IFP") (*see* ECF No. 3). Plaintiff failed to file an amended complaint or address the matter of the filing fee by the deadline; therefore, on June 29, 2017, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 13). Although the show cause order was returned by the Federal Correctional Institution in Marianna, Florida (Plaintiff's address of record when he filed his complaint) as undeliverable (*see* ECF No. 14), the court resent a copy of the show cause order to Plaintiff at his new address, the Federal Correctional Institution

in Estill, South Carolina, on July 12, 2017 (*see* ECF No. 16).  As of the date of this Report and Recommendation, Plaintiff has not paid the filing fee, filed an IFP motion or amended complaint, or explained his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this <u>18th</u> day of August 2017.

              /s/ *Elizabeth M. Timothy*
              **ELIZABETH M. TIMOTHY**
              **CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.